1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEN J. MOORE, substituted party for PERRY ALLEN MOORE, deceased,

                   Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                   Defendant.

Case No. 3:12-CV-05392-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff's application to proceed *in forma pauperis* (ECF #3) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      DATED this 25th day of June, 2012.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1