# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KEN J. MOORE, substituted party for PERRY ALLEN MOORE, deceased,<br><br>                        Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                        Defendant. | Case No. 3:12-CV-05392-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff's application to proceed *in forma pauperis* (ECF #3) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      DATED this 25th day of June, 2012.

                                                                                  Karen L. Strombom
                                                                                   United States Magistrate Judge

ORDER - 1