1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEN J. MOORE, substituted party for BERRY ALLEN MOORE, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:12-cv-05392-KLS<br><br><br>ORDER OF REMAND AND JUDGMENT |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, an administrative law judge (ALJ) will hold a *de novo* hearing and Plaintiff may raise any issue.  The ALJ will re-assess the onset date of Plaintiff's disability in compliance with Social Security Ruling 83-20, including reevaluating the medical evidence and lay opinions of record, as well as obtaining the assistance of a medical expert, and continue the sequential evaluation process.

Page 1      ORDER OF REMAND AND JUDGMENT
            [Civil No. 3:12-cv-05392-KLS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3858

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 14th day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS          WSB# 40807
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA 98104-7075
Phone: (206) 615-3858
Fax: (206)615-2531
lisa.goldoftas@ssa.gov

Page 2   ORDER OF REMAND AND JUDGMENT
[Civil No. 3:12-cv-05392-KLS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858